IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BARRY LYNN GIBSON, | : |
| Plaintiff, | : |
| VS. | : Case No. 5:23-cv-00293-MTT-AGH |
| CHARLES COLEMAN, *et al.*, | : |
| Defendants. | : |

## ORDER

Before the Court is Plaintiff's motion to compel the production of his medical records (ECF No. 33). On July 15, 2024, the Court granted Defendants' second request for an extension of time to respond to Plaintiff's motion for summary judgment because the Georgia Department of Corrections belatedly discovered Plaintiff's medical records, despite having previously certified that it had produced all relevant records to Defendants (ECF Nos. 48, 46, 40). In light of the Court's Order on Defendants' second request for an extension of time, Plaintiff's motion to compel (ECF No. 33) is **DENIED as moot**. However, Defendants are **ORDERED and DIRECTED** to file a certificate showing that they have served on Plaintiff a copy of the medical records addressed in their second request for an extension of time **within seven (7) days** of such service, but not later than August 23, 2024.

**SO ORDERED AND DIRECTED**, this 8th day of August, 2024.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE