IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BARRY LYNN GIBSON, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00293-MTT-AGH |
| | * |
| CORRECT CARE INTEGRATED HEALTH, et al, | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 28, 2025 and December 6, 2023 for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 28th day of February, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk